IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES SCOTT MURPHY,

    Plaintiff,

vs.

JIMMY H. KENNEDY, Librarian,
Georgia State Prison,

    Defendant.

CIVIL ACTION NO.: CV604-050

## ORDER

Plaintiff has filed a Motion to Compel responses to interrogatories and production of documents. (Doc. 32.) Defendant has filed a response to the motion. Plaintiff states that on August 23, 2004, he served his discovery requests upon the Defendant by certified mail, and that Defendant has failed to file any responses thereto. Plaintiff states that "in accordance to Local Rule 26.1(a), (he) has (45) days after the filing of a motion to dismiss, to initiate discovery." Plaintiff has misinterpreted Local Rule 26.1(a). The language of that rule applies to the conference between counsel in preparation of the Rule 26(f) report. Defendant asserts, inter alia, that although he has made an appearance in this case by filing a pre-answer motion to dismiss, that discovery responses are not yet due. In this regard, Defendant's assertions are correct. Plaintiff's Motion to Compel is **DENIED**.

**SO ORDERED**, this 4th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:    6:04-cv-00050
Date Served:    May 4, 2005
Served By:

Attorneys Served:

James Scott Murphy
Devon Orland, Esq.
John C. Jones, Esq.

\_\_\_\_ Copy placed in Minutes

\_\_\_\_ Copy given to Judge

\_\_\_\_ Copy given to Magistrate