IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION



JAMES SCOTT MURPHY,

    Plaintiff,

vs.

JIMMY H. KENNEDY, Librarian,
Georgia State Prison,

    Defendant.

CIVIL ACTION NO.: CV604-050

## ORDER

Pursuant to the Court's Order dated May 16, 2005, Plaintiff is directed to submit a brief addressing the status of his filing fee within twenty (20) days of the date of this Order.

**SO ORDERED**, this 6th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)